IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBINSON V. GONZALEZ,
    Plaintiff,

vs.                                            Case No. 5:07cv42/RS/EMT

CALHOUN CORRECTIONAL INSTITUTION,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This matter is before the court on Plaintiff's "Notice of Withdrawl [sic] / Case Dismissal" (Doc. 15), which the court shall construe as a notice of voluntary dismissal of the instant civil rights case filed pursuant to 42 U.S.C. § 1983.

    Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

    Accordingly, it is respectfully **RECOMMENDED**:

    That Plaintiff's notice of voluntary dismissal (Doc. 15) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 11th day of July 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**