IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBINSON V. GONZALEZ,

    Plaintiff,

vs.                               CASE NO. 5:07cv42/RS

CALHOUN CORRECTIONAL INSTITUTE,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 16) and Plaintiff's Notice Of Withdrawl [sic]/Case Dismissal (Doc. 15).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on August 9, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**